# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Drayson Malique McGee<br><br>*Defendant(s)* | Case No. 2:25-MJ-168 |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 16 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 14, 2025** in the county of **Randall** in the **Northern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) | Possession of a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Sy Slover, ATF TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 10/16/25

*Judge's signature*

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

City and state: Amarillo, Texas

2:25-MJ-168

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Sy R. Slover, affiant herein, being duly sworn, state that I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Amarillo Satellite Office stationed in Amarillo, TX. I have been employed with the Amarillo Police Department for (12) years. As part of my duties as a TFO, I investigate criminal violations related to firearms and firearm distribution. I have been involved in several investigations involving firearms and the recovery of firearms from prohibited persons. The information contained in this affidavit is based upon my personal experience and information relayed to me by other law enforcement officers involved in this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause to believe a crime has been committed and that the defendant committed it, I have not included each and every fact known to me in this affidavit.

As a result of my training and experience, I am familiar with federal firearms laws, including 18 U.S.C. §§ 922(g)(1), 924(a)(8), which makes it unlawful for a convicted felon to possess a firearm. There are four elements to this offense: (1) that the defendant knowingly possessed a firearm or ammunition as charged; (2) that before the defendant possessed the firearm or ammunition, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; (3) that the defendant knew he had been convicted of such a crime; and (4) that the firearm or ammunition possessed traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the firearm, it had traveled at some time from one state to another or

1

between any part of the United States and any other country.

On October 14, 2025, Amarillo Police Department officers were investigating a suspicious person that was breaking into vehicles while armed with a handgun. Officers were able to obtain video of the suspect entering a garage with the firearm aimed into the garage. The suspect is seen in the video wearing a gray hoodie, black sweat pants, black Nike shoes, orange gloves, skull facemask, and a gray backpack. While officers were on scene they reported to hearing three gunshots in the area.

Amarillo Police Department Task Force Officers went to the area to try and locate additional video to try and identify the suspect. Officers contacted a resident of the neighborhood who had video and also was part of a neighborhood Facebook group that had additional videos showing the suspect attempting to get into other vehicles in the neighborhood. The vehicle was found to be a red in color SUV with a roof rack of some type. Officers located a vehicle that matched this description abandoned at a hotel with bullet holes and the tags removed. Video was found nearby showing a suspect running towards the Stone Canyon Apartments. TFO Sy Slover showed a photograph of the registered owner's son to the maintenance worker and he indicated that he may possibly stay in apartment 521. Officers searched a dumpster in the path that the suspect ran and located a gray hoodie, black pants, and orange gloves on top of the trash already in the dumpster.

Officers contacted the residents at this apartment and the possible suspect was not there, but it was later found that a person matching the suspect was inside the apartment named Drayson MCGEE. Consent to search was given by the resident and a backpack

matching the suspects backpack was found near McGee's bed.

A search warrant was drafted for the apartment. During the following firearms were located:

Springfield Hellcat 9mm  S/N: BA459685

Taurus TH9C 9mm   S/N: TLW00660

Taurus PT111 G2 9mm  S/N: THZ15711

The backpack had the same markings as seen in the video. Inside the backpack officers located 9mm ammunition.

MCGEE admitted during a mirandized interview to possessing two of the firearms as well as making comments about any shoes and masks in the house being his.

MCGEE was found to be a previously convicted felon on his CCH. MCGEE was convicted of Assault Family member impede breath or circulation (Texas Penal Code 22.01 (b)(2)(B) a Felony of the 3rd degree on 11-17-2021. MCGEE served time in state prison for this offense and, therefore, knew that he was a convicted felon.

Upon information and belief, the firearms were not manufactured in Texas. Therefore, the firearm described in this complaint must have traveled in or affected interstate or foreign commerce; that is, before MCGEE possessed the firearms, they had traveled at some time from one state to another or between any part of the United States and any other country.

Based on my training, education, and experience, and the information provided to me, I believe that Drayson MCGEE violated Title 18, United State Code, Sections

922(g)(1) and 924(a)(8), by being a convicted felon in possession of a firearm and ammunition.

*signature*
Sy R. Slover
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Attested to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1:

*signature*
Lee Ann Reno
United States Magistrate Judge

*signature*
Anna Marie Bell
Assistant United States Attorney

4