IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-117-Z |
| DRAYSON MALIQUE MCGEE | |

## FACTUAL RESUME

In support of Drayson Malique McGee's plea of guilty to the offense in Count One of the indictment, McGee, the defendant, C.J. McElroy, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), that is, Convicted Felon in Possession of Firearms, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*     That the defendant knowingly possessed firearms as charged in the indictment;

*Second.*     That before the defendant possessed the firearms, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year;

*Third.*     That the defendant knew he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

---

[1] Fifth Circuit Pattern Jury Instruction 2.43D (5th Cir. 2024 ed.).

**Drayson Malique McGee**
**Factual Resume—Page 1**

*Fourth.*   That the firearms possessed traveled in interstate or foreign commerce; that is, before the defendant possessed the firearms, they had traveled at some time from one state to another or between any part of the United States and any other country.

## STIPULATED FACTS

1.   Drayson Malique McGee, defendant, admits and agrees that on or about October 14, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, he was a person who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, and he did knowingly possess in or affecting interstate or foreign commerce, firearms, to wit, a Springfield, model Hellcat, 9mm caliber handgun, serial number BA459685; a Taurus, model TH9C, 9mm caliber handgun, serial number TLW00660; and a Glock, model 19, 9mm caliber handgun, serial number BHLB925, knowing he had been previously convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(8).

2.   On October 14, 2025, Amarillo Police Department officers were investigating a string of vehicle burglaries and had identified a person of interest. Officers obtained surveillance video depicting the suspect running towards the Stone Canyon Apartments in Amarillo, Texas. Officers learned that the suspect may be staying in apartment 521.

3.   Officers made contact with the residents of apartment 521. Drayson Malique McGee was located inside the apartment. The residents of the apartment gave consent for a search. During a consensual search of the residence, officer located a

backpack by McGee's bed. A search warrant was then drafted for the apartment. During the search, officers located several firearms in the apartment, including: a Springfield, model Hellcat, 9mm caliber handgun, serial number BA459685; a Taurus, model TH9C, 9mm caliber handgun, serial number TLW00660; and a Glock, model 19, 9mm caliber handgun, serial number BHLB925

4. An officer conducted an interview of McGee. The officer read McGee his *Miranda* warnings. McGee waived his rights and agreed to make a statement. During the interview, McGee admitted to possessing the firearms located in the apartment by officers.

5. Before McGee possessed the above-described firearms, he had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year, that is, a felony offense, and he knew he had been convicted of a felony offense. Specifically, the defendant was convicted of the felony offense of assault family violence, a third-degree felony, in Taylor County, Texas, on November 11, 2021, in cause number 23188-B.

6. McGee admits that the firearms functioned as designed and, therefore, were or could readily have been put in operating condition. Further, McGee admits that the firearms were not manufactured in the State of Texas. For example, the Taurus, model TH9C, 9mm caliber handgun, serial number TLW00660, was manufactured in Brazil. Because the firearm was found in Texas on October 14, 2025, it must have traveled in or affected interstate or foreign commerce; that is, before the defendant possessed the

firearm, it had traveled at some time between any part of the United States or a foreign country.

7. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

8. The defendant further admits and agrees that he possessed the above-described firearms in violation of 18 U.S.C. § 922(g)(1) and they are, therefore, subject to forfeiture, pursuant to 18 U.S.C. § 924(d), including any additional ammunition, magazines, or accessories recovered with the firearms.

AGREED TO AND STIPULATED on this 5th day of January, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
Drayson Malique McGee
Defendant

_____
C.J. McElroy
Attorney for Defendant

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: anna.bell@usdoj.gov